1   Marc V. Kalagian
    Attorney at Law: 4460
2   211 East Ocean Boulevard, Suite 420 Long Beach, CA 90802
3   Tel: (562)437-7006
    Fax: (562)432-2935
4   E-Mail: rohlfing.kalagian@rksslaw.com
    Attorneys for Plaintiff
5   TOMYLEE LEIGHTON

6

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11  MARIE TAYLOR EX REL.              ) Case No.: 3:14-cv-00184-RCJ-VPC
    TOMYLEE LEIGHTON                  )
12            Plaintiff,             ) UNOPPOSED MOTION  TO
                                      ) EXTEND TIME TO FILE MOTION
13  v.                                ) FOR REMAND AND/OR REVERSAL
                                      )
14  CAROLYN W. COLVIN,  Acting        )
    Commissioner of Social Security.  ) (FIRST REQUEST)
15                                    )
            Defendant.                )
16  _____ )

17

18       TO DEFENDANT CAROLYN W. COLVIN, AS THE ACTING
19  COMMISSIONER OF SOCIAL SECURITY, AND TO HIS ATTORNEYS OF
    RECORD:
20
21       Plaintiff Tomylee Leighton respectfully requests that the Court extend the

22  time for Plaintiff to file Motion to Remand and/or Reversal due on September 14,

23  2014 to October 29,  2014. This is Plaintiff's first request for an extension. This

24  request is made to allow Plaintiff's counsel additional time to fully research the

25  issues presented or otherwise plead.

26

1    Plaintiff's Counsel contacted April Alongi, counsel of record for defendant,

2  and Ms. Alongi does not oppose this motion.

3  DATE: September 15, 2014                Respectfully submitted,

4                                          ROHLFING & KALAGIAN, LLP

5                                          /s/ *Marc V. Kalagian*

6                              BY: _____
                                           Marc V. Kalagian
7                                          Attorney for plaintiff Marie Taylor Ex Rel.
                                           Tomylee Leighton
8

9  DATE:  September 15, 2014

10                                         DANIEL G. BOGDEN
                                           United States Attorney
11
                                           /s/ *April Alongi*
12                             BY: _____
                                           APRIL ALONGI
13                                         Assistant Regional Counsel
                                           Attorneys for defendant Carolyn W. Colvin
14                                         |*authorized by e-mail|

15

16
   IT IS SO ORDERED: _____
17
                      UNITED STATES MAGISTRATE JUDGE
18 DATED: September 22, 2014

19

20

21

22

23

24

25

26