UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

MARIE TAYLOR,

    Plaintiff,

v.

CAROLYN W. COLVIN, *et al.*,

    Defendants.

CASE NO.: 3:14-CV-00184-RCJ-VPC

O R D E R

    The Court has considered the Report and Recommendation of United States Magistrate (ECF #20) entered on April 13, 2015, in which the Magistrate Judge recommends the Court deny Plaintiff's Motion for Remand (ECF #16) and grant Defendant's Cross Motion to Affirm (ECF #18). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

    ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #20).

    IT IS HEREBY ORDERED that Plaintiff's Motion for Remand (ECF #16) is DENIED.

    IT IS FURTHER ORDERED that Defendant's Cross Motion to Affirm (ECF #18) is GRANTED. The Clerk of the Court shall enter judgment accordingly and close the case.

    IT IS SO ORDERED this 11th day of May, 2015.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE