AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

MARIE TAYLOR,

       Plaintiff,        JUDGMENT IN A CIVIL CASE

V.

                      CASE NUMBER:  **3:14-CV-00184-RCJ-VPC**

CAROLYN W. COLVIN, *et al.*,

       Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Remand (#16) is **DENIED**.
    **IT IS FURTHER ORDERED** that Defendant's Cross Motion to Affirm (#18) is **GRANTED**.

  May 11, 2015                         **LANCE S. WILSON**
                                                    Clerk

                                                     /s/ D. R. Morgan
                                                      Deputy Clerk